THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* PETER ARATA, Appellant.

(Argued June 5, 1930; decided July 8, 1930.)

*Leo H. Klugherz, Joseph D. Edelson, Samuel Felman*
and *Alexander I. Rorke* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor*
of counsel), for respondent.

*Per Curiam.* The affidavits proving or tending to
prove that contradictory statements were made by the
witness Woodbury, while not sufficient in themselves to
require a new trial, were, none the less, of such importance
that the cause of justice would be promoted by causing
Woodbury to be produced as a witness and subjected
to the test of cross-examination.

Following the practice in *People* v. *Shilitano* (215 N. Y.
715), the determination of the appeal will be withheld
until the fall session of the court to the end that an

opportunity may be given to the defendant to renew his motions for a new trial and an opportunity given to the trial judge to require the production of witnesses before him.